# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No.   11-07903M |
| MARICRUZ MARCIAL-SANTOS ) | |
| *Defendant* ) | |

FILED ___ LODGED ___
RECEIVED ___ COPY ___

APR - 1 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

x *Maricruz M.S*
*Defendant's signature*

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

x *Maricruz M.S*
*Defendant's signature*

The United States consents to the jury-trial waiver: _____
*Government representative's signature*

AUSA
*Government representative's printed name and title*

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

x *Maricruz M.S*
*Defendant's signature*

*Ricardo Barr*
*Printed name of defendant's attorney (if any)*

*Ricardo Barr*
*Signature of defendant's attorney (if any)*

Date:   Apr 1, 2011          Approved by:   *Victor C. S.*
                             Judge Héctor C. Estrada, United States Magistrate Judge